AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

J. DANA TSAKANIKAS, et al.,

      Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

v.

**CASE NO. 2:11-CV-888**

**JP MORGAN CHASE BANK, N.A.,**     **JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

      Defendant.

    ____   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed December 4, 2012, JUDGMENT is hereby entered DISMISSING this action.**

Date: December 4, 2012          JOHN P. HEHMAN, CLERK

                                                 */S/ Andy F. Quisumbing*
                                                 (By) Andy F. Quisumbing
                                                 Courtroom Deputy Clerk